IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HOLIDAY HOSPITALITY FRANCHISING, LLC f/k/a HOLIDAY HOSPITALITY FRANCHISING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SURESH ANANDANI and ANITA ANANDANI,<br><br>Defendants. | Civil Action File<br><br>No. _____ |

## **NOTICE OF REMOVAL**

COME NOW Defendants Suresh Anandani and Anita Anandani (collectively referred to as "Defendants") and, pursuant to 28 U.S.C. §§ 1332 and 1441, files this Notice of Removal to remove to this Court an action initiated against Defendants in the State Court of DeKalb County, Georgia by Plaintiff Holiday Hospitality Franchising, LLC f/k/a Holiday Hospitality Franchising, Inc. ("Defendant"), showing this Court as follows:

1. This action is removable to the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1332 because (a) there is a complete

-1-

diversity of citizenship between Plaintiff and Defendants, (b) the amount in controversy exceeds $75,000.00, and (c) the action was filed in a state court located in this District.

2.  Defendants are citizens of North Carolina, as alleged in Plaintiff's Complaint. (*See* Compl. [attached hereto as Exhibit "A"], ¶¶ 2-3).

3.  According to the Complaint, Plaintiff is a Delaware limited liability company with its principal place of business in Georgia. (*Id.*, ¶ 1). On information and belief, none of Plaintiff's members are citizens of North Carolina.

4.  Plaintiff alleges that it has suffered a loss of not less than $244,977.82 (*see id.*, ¶ 42), which exceeds the jurisdictional amount of $75,000.00. *See* 28 U.S.C. § 1332(a).

5.  Plaintiff filed this action on or about July 8, 2020 in the State Court of DeKalb County, Georgia, which is within the geographic territory of this District.

6.  Defendants received a copy of the complaint on July 20, 2020, at the earliest, which was less than 30 days prior to the filing of this notice, making this removal timely. *See* 28 U.S.C. § 1446(b)(1). The affidavits of service filed in the state court action are attached hereto as Exhibit "B."

7. Defendants are therefore entitled to remove this action to the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. § 1441(a).

This the 19th day of August, 2020.

                                      Respectfully submitted,

                                      COLES BARTON LLP

                                      /s/ Aaron P.M. Tady
                                      Thomas M. Barton
                                      Georgia Bar Number 040821
                                      Aaron P.M. Tady
                                      Georgia Bar Number 696273

150 South Perry Street, Suite 100
Lawrenceville, Georgia 30046
(770) 995-5552 – Telephone
(770) 995-5582 – Facsimile
tbarton@colesbarton.com
atady@colesbarton.com                 *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE AND COMPLIANCE**

This is to certify that today I electronically filed the within and foregoing **Notice of Removal** and have served all parties who have appeared in this case using the CM/ECF System, which will automatically generate an e-mail notification of such filing to all the attorneys of record listed with the Clerk of Court.

Pursuant to Local Rule 5.1C, the undersigned counsel for Defendants hereby certifies that the foregoing document was prepared in Times New Roman, 14-point font.

Respectfully submitted this the 19th day of August, 2020.

                                         /s/ Aaron P.M. Tady
                                         Aaron P.M. Tady
                                         Georgia Bar Number 696273

COLES BARTON LLP
150 South Perry Street, Suite 100
Lawrenceville, Georgia 30046
(770) 995-5552 – Telephone
(770) 995-5582 – Facsimile
tbarton@colesbarton.com
atady@colesbarton.com         *Attorney for Defendants*